**SO ORDERED.**

**Dated: February 03, 2009**



**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-21328/1044091827

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE:

Richard G. Moore
      Debtor.

_____

First Franklin Financial Corporation
      Movant,
    vs.

Richard G. Moore, Debtor, Edward J. Maney,
Trustee.

      Respondents.

No. 2:05-bk-10387-RTB

Chapter 13

ORDER

(Related to Docket #81)

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 4, 2003 and recorded in the office of the Maricopa County Recorder wherein First Franklin Financial Corporation is the current beneficiary and Richard G. Moore has an interest in, further described as:

Lot 170, MELROSE VALLEY ESTATES UNIT TWO, a subdivision Recorded in Book 79 of Maps, Page 13, Records of Maricopa County, Arizona

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT